| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**United Prosperity Group, Inc., dba The Produce Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>26-3285320 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**60 Airport Blvd.**<br>**South San Francisco, CA**<br>ZIP Code **94080** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Mateo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
*See Exhibit D on page 2 of this form.*
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**United Prosperity Group, Inc., dba The Produce Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____

      (Name of landlord that obtained judgment)

      _____

      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **United Prosperity Group, Inc., dba The Produce Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number

**July 13, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Soo Ming Yee**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 13, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTIONS OF UNITED PROSPERITY GROUP, INC.
## AUTHORIZING FILING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

I, Fred Tsang, hereby certify as follows:

At a special meeting of the Board of Directors of United Prosperity Group, Inc. (the "Company"), and based on recent developments with respect to the Company, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

**RESOLVED,** that Soo Ming Yee ("Yee") is hereby authorized to determine, based upon current and subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**FURTHER RESOLVED,** that Yee is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

**FURTHER RESOLVED,** that Yee is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Yee deems necessary and proper in connection with the Company's bankruptcy case;

**FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

**FURTHER RESOLVED,** that Yee is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and

directed on behalf of and in the name of the Company to execute
the Company's employment application of LNBYB as bankruptcy
counsel to the Company in the Company's Chapter 11 bankruptcy
case.

Dated: July 10, 2015

UNITED PROSPERITY GROUP, INC.

By:      Fred Tsang
Its:      Chairman of Board of Directors

# United States Bankruptcy Court
## Northern District of California

In re    __United Prosperity Group, Inc., dba The Produce Company__      Case No. _____

                                         Debtor(s)        Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kahn Enterprises, LLC. 1200 Gough Street, Suite 900 San Francisco, CA 94109 | Kahn Enterprises, LLC. 1200 Gough Street, Suite 900 San Francisco, CA 94109 | Vendor | | 61,767.62 |
| International Paper P.O. box 31001-0780 Pasadena, CA 91110-0780 | International Paper P.O. box 31001-0780 Pasadena, CA 91110-0780 | Vendor | | 56,797.46 |
| Landsberg Co. PO Box 101144 Pasadena, CA 91189-1144 | Landsberg Co. PO Box 101144 Pasadena, CA 91189-1144 | Vendor | | 53,970.14 |
| Law Offices of Randolf Krbechek 9477 N. Fort Washington Road, Suite 104 Fresno, CA 93730 | Law Offices of Randolf Krbechek 9477 N. Fort Washington Road, Suite 104 Fresno, CA 93730 | Legal | | 23,097.71 |
| Oakland Package & Supply 3200 Regatta Blvd., Suite F Richmond, CA 94804 | Oakland Package & Supply 3200 Regatta Blvd., Suite F Richmond, CA 94804 | Vendor | | 21,132.75 |
| Z4-Casewell, Bell &Hillison 5200 North Palm Avenue, Suite 211 Fresno, CA 93704 | Z4-Casewell, Bell &Hillison 5200 North Palm Avenue, Suite 211 Fresno, CA 93704 | Vendor | | 17,096.14 |
| Lone Tree Trucking, Inc. DBA: Lone Tree Trucking, Inc. P.O. Box 321 Byron, CA 94514 | Lone Tree Trucking, Inc. DBA: Lone Tree Trucking, Inc. P.O. Box 321 Byron, CA 94514 | Vendor | | 9,500.00 |
| Global Supply Company P.O.Box 3398 Hayward, CA 94545 | Global Supply Company P.O.Box 3398 Hayward, CA 94545 | Vendor | | 8,731.44 |
| Harry's Refrigeration 131 Jasper PL San Francisco, CA 94133 | Harry's Refrigeration 131 Jasper PL San Francisco, CA 94133 | Vendor | | 7,800.00 |
| Pro-Western Plastics Ltd. 30 RIEL DRIVE P.O. BOX 261 ST. ALBERT, AB T8N 1N3 | Pro-Western Plastics Ltd. 30 RIEL DRIVE P.O. BOX 261 ST. ALBERT, AB T8N 1N3 | Vendor | | 7,762.34 |

Case: 15-30897    Doc# 1    Filed: 07/13/15    Entered: 07/13/15 19:33:36    Page 6 of 24

In re   United Prosperity Group, Inc., dba The Produce Company       Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| PG & E-Shared Electric<br>Box 997300<br>Sacramento, CA 95899-7300 | PG & E-Shared Electric<br>Box 997300<br>Sacramento, CA 95899-7300 | Utilities | | 7,752.09 |
| ChemStation<br>1448 N Shaw Road<br>Stockton, CA 95215 | ChemStation<br>1448 N Shaw Road<br>Stockton, CA 95215 | Vendor | | 6,763.48 |
| SSF Scavenger Company, Inc.<br>PO Box 348<br>South San Francisco, CA 94083 | SSF Scavenger Company, Inc.<br>PO Box 348<br>South San Francisco, CA 94083 | Vendor | | 5,967.24 |
| Drew-Massa Transportation<br>P.O. Box 6982<br>Salinas, CA 93912 | Drew-Massa Transportation<br>P.O. Box 6982<br>Salinas, CA 93912 | Vendor | | 5,185.00 |
| California Water Service Company<br>341 North Delaware<br>San Mateo, CA 94401 | California Water Service Company<br>341 North Delaware<br>San Mateo, CA 94401 | Vendor | | 5,014.72 |
| XTRA Companies, Inc.<br>PO Box 99262<br>Chicago, IL 60693-9262 | XTRA Companies, Inc.<br>PO Box 99262<br>Chicago, IL 60693-9262 | Vendor | | 4,016.50 |
| Select Staffing<br>PO Box 512007<br>Los Angeles, CA 90051-0007 | Select Staffing<br>PO Box 512007<br>Los Angeles, CA 90051-0007 | Vendor - staffing | | 3,515.81 |
| Allied Insurance<br>PO Box 514540<br>Los Angeles, CA 90051-4540 | Allied Insurance<br>PO Box 514540<br>Los Angeles, CA 90051-4540 | Vendor | | 3,497.26 |
| Flyers Energy, LLC<br>Dept 34516<br>PO Box 39000<br>San Francisco, CA 94139-0001 | Flyers Energy, LLC<br>Dept 34516<br>PO Box 39000<br>San Francisco, CA 94139-0001 | Vendor | | 2,517.27 |
| Urschel Laboratories Inc.<br>P.O. Box 96319<br>Chicago, IL 60693-6319 | Urschel Laboratories Inc.<br>P.O. Box 96319<br>Chicago, IL 60693-6319 | Vendor | | 2,161.52 |

Case: 15-30897   Doc# 1   Filed: 07/13/15   Entered: 07/13/15 19:33:36   Page 7 of 24

B4 (Official Form 4) (12/07) - Cont.

In re  **United Prosperity Group, Inc., dba The Produce Company**                    Case No. _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 13, 2015** _____          Signature _____

                                         **Soo Ming Yee**
                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **United Prosperity Group, Inc., dba The Produce Company**

                               Debtor

Case No. _____

Chapter            **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Billy Lam**<br>**2166 Quesada Ave.**<br>**San Francisco, CA 94114** | **Common** | **80 out of 300** | **Fee Simple** |
| **Fred Tsang**<br>**1575 44th Ave**<br>**San Francisco, CA 94122** | **Common** | **220 out of 300** | **Fee Simple** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 13, 2015** _____

Signature _____

                                  **Soo Ming Yee**
                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

  **0**    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    United Prosperity Group, Inc., dba The Produce Company      Case No.               

                                                Debtor(s)      Chapter    **11**

## CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of __12__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **July 13, 2015**

                                          
Signature of Attorney
**David B. Golubchik 185520**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Allied Insurance
PO Box 514540
Los Angeles, CA 90051-4540


Aramark Uniform Services
PO Box 101179
Pasadena, CA 91189-1179


B&P Packing Co., Inc.
300 Nestles RD.
PO Box 847
Soledad, CA 93960


Banner Fruit Co.
Golden Gate Produce Terminal
P.O. Box 2971
South San Francisco, CA 94083-2971


Bay Alarm
P.O. Box 7137
San Francisco, CA 94120-7137


Bay Area Herbs & Specialties (BAHS)
Golden Gate Produce Terminal,
Unit 40A
So. San Francisco, CA 94083


Bearing Engineering
Industrial Power Solutions
667 McCormick street
San Leandro, CA 86783-6517


Berti Produce S. F. Co.
1960 Jerrold Ave.
San Francisco, CA 94124

Bonita Packing Company, Inc.
PO Box 748010
Los Angeles, CA 90074-8010


Brother's Produce
125 Terminal Court - Stall 63
Golden Gate Produce Terminal
So. San Francisco, CA 94080


C.B. Edulis
131 Terminal Court unit No. 43, 45
So. San Francisco, CA 94080


Cali Fresh Produce -SF
125 Terminal Court#40C
So. San Francisco, CA 94080


California Endive Farms
P.O. Box 638
Rio Vista, CA 94571


California Water Service Company
341 North Delaware
San Mateo, CA 94401


Charlie's Machine & Supply, Inc.
1067 S Hover St. E-181
Longmont, CO 80501


ChemStation
1448 N Shaw Road
Stockton, CA 95215

Chi Fung Plastics Inc.
1000-1020 54 Avenue
Oakland, CA 94601


Classic Salads
525 Old Natividad
Salinas, CA 93908


Coast Tropical III
229 Littlefield Avenue, Unit 1
Edgewater Distribution Center
S. San Francisco, CA 94080


Coosemans San Francisco, Inc.
P.O. Box 11219
Tampa, FL 33680


Cryospec, Inc.
41446 Christy Street
Fremont, CA 94538


Dan Avila & Sons
2718 Roberts Road
Ceres, CA 95307


Deibel Laboratories
P.O. Box 1056
Osprey, FL 34229-1056


Diamond Sharp, Inc.
513 Mercury lane
Brea, CA 92821

Dickson Company
930 S. Westwood Avenue
Addison, IL 60101-4917


DMV
Registration Operations Division
PO Box 932370
Sacramento, CA 94232-3700


Drew-Massa Transportation
P.O. Box 6982
Salinas, CA 93912


F&F Trucking
P.O. Box 478
Tracy, CA 95378


FleetMatics USA, LLC.
PO Box 347472
Pittsburgh, PA 15251-4472


Flyers Energy, LLC
Dept 34516
PO Box 39000
San Francisco, CA 94139-0001


Franzella Distributing
Golden Gate Produce Terminal
P.O. Box 2007
So. San Francisco, CA 94083


Franzella Produce Inc.
Golden Gate Produce Terminal #55-56
P.O. Box 2285
So. San Francisco, CA 94080

G.W. Palmer & Co., Inc.
231 Pomeroy St Suite F
Pismo Beach, CA 93449


General Produce Co., Ltd.
P.O. Box 308
Sacramento, CA 95812


Global Supply Company
P.O. Box 3398
Hayward, CA 94545


Grant J. Hunt Company
P.O. Box 23545
Oakland, CA 94623-0545


Greenfield Fresh, Inc.
2910 Camino Diablo, Ste. 100
Walnut Creek, CA 94597


GreenLeaf
453 Valley Drive
Brisbane, CA 94005-1209


Guan's Mushroom Co.
P.O. Box 2861
Fremont, CA 94536


Hantover
P.O. box 83152
Chicago, IL 60691-0152

Harry's Refrigeration
131 Jasper PL
San Francisco, CA 94133


Heinzen Manufacturing International
405 Mayock Road
Gilroy, CA 95020


Home Maid Ravioli & Distributing Co.
360-A Shaw Road
South San Francisco, CA 94080


Impex Manufacturing Associates
342 Harbor Way
South San Francisco, CA 94080


InterFresh, Inc.
2019 W. Orangewood Avenue
Orange, CA 92868


International Paper
P.O. box 31001-0780
Pasadena, CA 91110-0780


Isuzu Finance of America, Inc.
7865 Solution Center
Chicago, IL 60677-7008


J. Gomez Produce Inc.
131 Terminal Ct., Stall 35
South San Francisco, CA 94080

J.C. Cheyne & Co
155 Terminal Court-Unit 38
So. San Francisco, CA 94080


JDM Transport
3693 N. Parkway Drive
Fresno, CA 93722


JFC Int'l Inc.
540 Forbes Blvd.
So. San Francisco, CA 94080


Kahn Enterprises, LLC.
1200 Gough Street, Suite 900
San Francisco, CA 94109


Kenco Label & Tag Co., LLC
6543 North Sidney Place
Milwaukee, WI 53209


Landsberg Co.
PO Box 101144
Pasadena, CA 91189-1144


Law Offices of Randolf Krbechek
9477 N. Fort Washington Road, Suite 104
Fresno, CA 93730


Lone Tree Trucking, Inc.
DBA: Lone Tree Trucking, Inc.
P.O. Box 321
Byron, CA 94514

M-Tek, Inc.
1675 Todd Farm Drive
Elgin, IL 60123


Millard Sales
255 Wildwood Wy.
Salinas, CA 93908


MPI Label Systems
PO Box 70
Sebring, OH 44672


NatureSeal, Inc.
P.O. Box 73495
Cleveland, OH 44193


NHMG Financial Services-PalletJack
P.O. Box 643749
Pittsburgh, PA 15264-3749


NMHG Financial Services-forklift
P.O. Box 643749
Pittsburgh, PA 15264-3749


Oakland Package & Supply
3200 Regatta Blvd., Suite F
Richmond, CA 94804


Oakport Transportation
P.O. Box 23545
Oakland, CA 94623

Pablo's Produce, Inc.
P.O. Box 829
Oxnard, CA 93032


Petra Produce Inc.
P.O. Box 2265
So. San Francisco, CA 94083


PG & E-Shared Electric
Box 997300
Sacramento, CA 95899-7300


PG&E -Shared Account Gas
Box 997300
Sacramento, CA 95899-7300


Pro*Act LLC
24560 Silver Cloud Court
Monterey, CA 93940-6536


Pro-Western Plastics Ltd.
30 RIEL DRIVE
P.O. BOX 261
ST. ALBERT, AB T8N 1N3


Proseal America Inc.
7611 Whitepine Road
Richmond, VA 23237


Ratto Bros., Inc.
P.O. Box# 146
Salida, CA 95368-0146

Redwood Produce, Inc.
P.O. Box 3145
Redwood City, CA 94064


Rigo's Produce
131 Terminal Court #48
So. San Francisco, CA 94080


S&S Marketing and Sales Inc.
P.O. Box 3890
Salinas, CA 93912


Select Staffing
PO Box 512007
Los Angeles, CA 90051-0007


Sequoia Sales Produce
P.O. Box 728
Millbrae, CA 94030


Shasta Produce
PO Box 2328
South San Francisco, CA 94083-2328


SSF Scavenger Company, Inc.
PO Box 348
South San Francisco, CA 94083


Stanley Produce
1975 Jerrold Avenue
San Francisco, CA 94124

T & T Transport Refrigeration
5411 Garvin Ave.
Richmond, CA 94805


Terminix-60 &40
874 Dubuque Ave
South San Francisco, CA 94080


Thermo Fisher Financial Services, Inc.
81 Wyman St.
Waltham, MA 02454


Toyota Financial Services
PO Box 60116
City of Industry, CA 91716-0116


Umpqua Bank
PO Box 2109
Portland, OR 97208-2109


Umpqua Financial Pacific Leasing
P.O. Box 749642
Los Angeles, CA 90074-9642


Urschel Laboratories Inc.
P.O. Box 96319
Chicago, IL 60693-6319


Veritable Vegetable
1100 Cesar Chavez Street
San Francisco, CA 94124-1214

Well Luck Co. Inc.
104 Harbor Drive
Jersey City, NJ 07305

What a Tomato
2055 Jerrold Avenue
San Francisco, CA 94124

Wise Worth Consultants, LTD
3A King George V Avenue
Floreal, Mauritius

XTRA Companies, Inc.
PO Box 99262
Chicago, IL 60693-9262

Yang Wei Xi Produce
815 Larkspur Dr.
Millbrae, CA 94030

Z4-Casewell, Bell &Hillison
5200 North Palm Avenue, Suite 211
Fresno, CA 93704

# United States Bankruptcy Court
## Northern District of California

In re  <u>United Prosperity Group, Inc., dba The Produce Company</u>

Debtor(s)

Case No. _____

Chapter  <u>11</u>

## <u>DESIGNATION OF AGENT</u>

I hereby designate my attorney, whose signature, name, address, Bar No., telephone and fax numbers are set forth below, as my agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 7004(b)(8), in this Court arising in this case. This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case: entry of Discharge of Debtor, the last date permitted for filing complaints objecting to discharge under 11 U.S.C. § 727 or dischargeability of debts under 11 U.S.C. § 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

<u>July 13, 2015</u>
Date

Debtor/Title:
**Soo Ming Yee/President**

Date

Co-Debtor:

Attorney Signature
(Type Attorney Name, Address, Phone and Bar Number Below)
**David B. Golubchik**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
**Bar Number: 185520**

# United States Bankruptcy Court
## Northern District of California

In re    __United Prosperity Group, Inc., dba The Produce Company__

                       Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __United Prosperity Group, Inc., dba The Produce Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 13, 2015__

Date

/s/ David B. Golubchik 185520

Signature of Attorney or Litigant

Counsel for    __United Prosperity Group, Inc., dba The Produce Company__

Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
(310) 229-1234