Signed and Filed: September 1, 2016

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 15-30897 HLB |
| UNITED PROSPERITY GROUP, INC., | ) Chapter 11 |
| Debtor. | ) |

### ORDER DENYING MOTION TO SELL ASSETS

On September 1, 2016, the Court held a hearing on Debtor's Motion for an Order Authorizing Debtor to Sell Certain Claims and Causes of Action (the "Motion"). Appearances were as noted on the record. Upon due consideration of the pleadings and argument of the parties, and for the reasons stated on the record, the Court **DENIES** the Motion as moot in light of the conversion of the case to Chapter 7.

**\*\*END OF ORDER\*\***

## Court Service List

[None]