# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: UNITED PROSPERITY GROUP, INC. § Case No. 15-30897-HLB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Andrea Wirum Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,491,603.92          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00         Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $260,000.00

---

3) Total gross receipts of $ 260,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $260,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $659,466.29 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 153,848.46 | 152,377.46 | 152,377.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 776,181.81 | 642,527.06 | 107,622.54 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 83,477.22 | 54,501.72 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 933,558.99 | 3,108,387.58 | 3,087,102.30 | 0.00 |
| **TOTAL DISBURSEMENTS** | $933,558.99 | $4,781,361.36 | $3,936,508.54 | $260,000.00 |

    4) This case was originally filed under Chapter 7 on July 13, 2015. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2018     By: /s/Andrea Wirum Chapter 7 Trustee
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Turnover of funds | 1290-010 | 200,000.00 |
| Potential multiple claims ag Yee and others | 1249-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$260,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Greenfield Fresh Produce Company | 4110-000 | N/A | 17,674.27 | 0.00 | 0.00 |
| 2 | S & S MARKETING AND SALES, INC. | 4110-000 | N/A | 27,315.86 | 0.00 | 0.00 |
| 3 -3 | InterFresh, Inc. | 4110-000 | N/A | 11,993.79 | 0.00 | 0.00 |
| 8S | General Produce Co., Ltd. | 4110-000 | N/A | 27,843.50 | 0.00 | 0.00 |
| 9S | Oakville Produce Partners LLC | 4110-000 | N/A | | 0.00 | 0.00 |
| 10S | Edulis, Inc. | 4110-000 | N/A | 2,057.00 | 0.00 | 0.00 |
| 13 -2 | Coast Tropical | 4110-000 | N/A | 4,442.64 | 0.00 | 0.00 |
| 14 | Toyota Motor Credit Corporation | 4110-000 | N/A | 10,527.10 | 0.00 | 0.00 |
| 15 | Umpqua Bank | 4110-000 | N/A | 292,959.58 | 0.00 | 0.00 |
| 17 | Financial Pacific Leasing, Inc. | 4110-000 | N/A | 217,690.55 | 0.00 | 0.00 |
| 21S | XTRA Lease LLC | 4110-000 | N/A | 327.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 28 -2 HYG Financial Services | 4110-000 | N/A | 46,635.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$659,466.29** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE U.S. TRUSTEE | 2950-000 | N/A | 10,726.07 | 10,726.07 | 10,726.07 |
| Trustee Compensation - Andrea Wirum | 2100-000 | N/A | 16,250.00 | 16,250.00 | 16,250.00 |
| Trustee Expenses - Andrea Wirum | 2200-000 | N/A | 49.80 | 49.80 | 49.80 |
| Attorney for Trustee Fees (Trustee Firm) - DUANE MORRIS | 3110-000 | N/A | 102,225.00 | 102,225.00 | 102,225.00 |
| Attorney for Trustee Expenses (Trustee Firm) - DUANE MORRIS | 3120-000 | N/A | 2,356.47 | 2,356.47 | 2,356.47 |
| Accountant for Trustee Fees (Trustee Firm) - Bacheki, Crom & Co., CPA'S | 3310-000 | N/A | 19,582.50 | 17,311.50 | 17,311.50 |
| Accountant for Trustee Expenses (Trustee Firm) - Bacheki, Crom & Co., CPA'S | 3320-000 | N/A | 132.82 | 132.82 | 132.82 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 75.12 | 75.12 | 75.12 |
| Other - Franchise Tax Board | 2990-000 | N/A | 0.00 | 800.00 | 800.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 295.95 | 295.95 | 295.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 266.91 | 266.91 | 266.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 314.16 | 314.16 | 314.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 285.15 | 285.15 | 285.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 275.24 | 275.24 | 275.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 312.80 | 312.80 | 312.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 306.07 | 306.07 | 306.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 394.40 | 394.40 | 394.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$153,848.46** | **$152,377.46** | **$152,377.46** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Business Appraisers LLP | 6700-340 | N/A | 10,785.00 | 10,785.00 | 1,806.47 |
| American Business Appraisers | 6710-350 | N/A | 480.00 | 480.00 | 80.40 |
| Meyers Law Group | 6700-120 | N/A | 279,296.00 | 176,447.25 | 29,554.71 |

UST Form 101-7-TDR (10/1/2010)

| Claimant | Code | | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
| Meyers Law Group | 6710-150 | N/A | | 7,494.06 | 7,494.06 | 1,255.25 |
| Glass Ratner Adviosry & Capital Group | 6700-420 | N/A | | 128,203.06 | 128,203.06 | 21,473.86 |
| Glass Ratner Advisory & Capital Group | 6710-430 | N/A | | 1,673.49 | 1,673.49 | 280.31 |
| Levene Neale Bender Yoo & Brill LLP | 6210-160 | N/A | | 294,096.00 | 263,290.00 | 44,100.77 |
| Levene Neale Bender Yoo & Brill LLP | 6220-170 | N/A | | 36,654.20 | 36,654.20 | 6,139.54 |
| Brian Weiss | 6700-000 | N/A | | 17,500.00 | 17,500.00 | 2,931.23 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | $776,181.81 | $642,527.06 | $107,622.54 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | General Produce Co., Ltd. | 5800-000 | N/A | 27,843.50 | 0.00 | 0.00 |
| 9P | Oakville Produce Partners LLC | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 10P | Edulis, Inc. | 5800-000 | N/A | 1,132.00 | 0.00 | 0.00 |
| 27P | Lilia Roldan | 5800-000 | N/A | 54,501.72 | 54,501.72 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $83,477.22 | $54,501.72 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Heinzen Manufacturing International | 7100-000 | N/A | 1,386.55 | 1,386.55 | 0.00 |
| 5 | Isuzu Finance of America, Inc. | 7100-000 | N/A | 16,056.48 | 0.00 | 0.00 |
| 6 | Banner Fruit Co. | 7100-000 | N/A | 22,883.45 | 22,883.45 | 0.00 |
| 7 | Landsberg Orora | 7100-000 | N/A | 55,744.52 | 55,744.52 | 0.00 |
| 8U | General Produce Co., Ltd. | 7100-000 | N/A | 27,843.50 | 27,843.50 | 0.00 |
| 9U | Oakville Produce Partners LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10U | Edulis, Inc. | 7100-000 | N/A | 1,132.00 | 0.00 | 0.00 |
| 12 | Pablo's Produce, Inc. | 7100-000 | N/A | 4,096.80 | 0.00 | 0.00 |
| 16 | Pacific Gas and Electric Company | 7100-000 | 7,752.09 | 7,462.26 | 7,462.26 | 0.00 |
| 18 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19 | Bearing Engineering Company | 7100-000 | N/A | 162.88 | 162.88 | 0.00 |
| 20 | Caswell Bell & Hillison LLP | 7100-000 | N/A | 25,509.39 | 25,509.39 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21U | XTRA Lease LLC | 7100-000 | N/A | 8,602.66 | 8,602.66 | 0.00 |
| 22 | Law Offices of Randolf Krbechek | 7100-000 | 24,018.23 | 24,893.00 | 24,893.00 | 0.00 |
| 23 | Juana Chavez and Luis Cabrera | 7100-000 | N/A | 2,890,478.16 | 2,890,478.16 | 0.00 |
| 24 | TEC Equipment, Inc | 7100-000 | N/A | 9,429.03 | 9,429.03 | 0.00 |
| 26 | DACA VI LLC | 7100-000 | N/A | 1,385.00 | 1,385.00 | 0.00 |
| 29 | ChemStation of Northern California | 7100-000 | N/A | 7,926.21 | 7,926.21 | 0.00 |
| 30 | Praxair Distribution Inc | 7200-000 | N/A | 3,395.69 | 3,395.69 | 0.00 |
| NOTFILED | JFC Int'l Inc. | 7100-000 | 151.50 | N/A | N/A | 0.00 |
| NOTFILED | JDM Transport | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Kahn Enterprises, LLC. | 7100-000 | 74,052.62 | N/A | N/A | 0.00 |
| NOTFILED | Impex Manufacturing Associates | 7100-000 | 2,110.00 | N/A | N/A | 0.00 |
| NOTFILED | F&F Trucking | 7100-000 | 1,210.00 | N/A | N/A | 0.00 |
| NOTFILED | FleetMatics USA, LLC. | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Drew-Massa Transportation | 7100-000 | 8,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Flyers Energy, LLC | 7100-000 | 9,231.84 | N/A | N/A | 0.00 |
| NOTFILED | DMV Registration Operations Division | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Supply Company | 7100-000 | 10,406.79 | N/A | N/A | 0.00 |
| NOTFILED | Heinzen Manufacturing International | 7100-000 | 451.44 | N/A | N/A | 0.00 |
| NOTFILED | Home Maid Ravioli & Distributing Co. | 7100-000 | 111.25 | N/A | N/A | 0.00 |
| NOTFILED | Harry's Refrigeration | 7100-000 | 7,800.00 | N/A | N/A | 0.00 |
| NOTFILED | International Paper | 7100-000 | 64,991.79 | N/A | N/A | 0.00 |
| NOTFILED | Hantover | 7100-000 | 376.53 | N/A | N/A | 0.00 |
| NOTFILED | Oakland Package & Supply | 7100-000 | 27,718.51 | N/A | N/A | 0.00 |
| NOTFILED | Kenco Label & Tag Co., LLC | 7100-000 | 749.18 | N/A | N/A | 0.00 |
| NOTFILED | Tec of California, Inc. | 7100-000 | 300.59 | N/A | N/A | 0.00 |
| NOTFILED | Stanley Wong | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | T & T Transport Refrigeration | 7100-000 | 1,701.90 | N/A | N/A | 0.00 |
| NOTFILED | Terminix-60 &40 | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | Urschel Laboratories Inc. | 7100-000 | 2,161.52 | N/A | N/A | 0.00 |
| NOTFILED | Transco Lease Co., Inc. | 7100-000 | 8,354.73 | N/A | N/A | 0.00 |
| NOTFILED | XTRA Companies, Inc. | 7100-000 | 8,602.66 | N/A | N/A | 0.00 |
| NOTFILED | Well Luck Co. Inc. | 7100-000 | 520.00 | N/A | N/A | 0.00 |
| NOTFILED | West-Link Corporation | 7100-000 | 8,602.66 | N/A | N/A | 0.00 |
| NOTFILED | SSF Scavenger Company, Inc. | 7100-000 | 10,939.94 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Select Staffing | 7100-000 | 6,832.67 | N/A | N/A | 0.00 |
| NOTFILED | MPI Label Systems | 7100-000 | 1,234.85 | N/A | N/A | 0.00 |
| NOTFILED | Lone Tree Trucking, Inc. DBA: Lone Tree Trucking, | 7100-000 | 12,350.00 | N/A | N/A | 0.00 |
| NOTFILED | M-Tek, Inc. | 7100-000 | 831.72 | N/A | N/A | 0.00 |
| NOTFILED | NatureSeal, Inc. | 7100-000 | 1,886.95 | N/A | N/A | 0.00 |
| NOTFILED | Oakport Transportation | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Dickson Company | 7100-000 | 282.00 | N/A | N/A | 0.00 |
| NOTFILED | Proseal America Inc. | 7100-000 | 160.13 | N/A | N/A | 0.00 |
| NOTFILED | PG&E -Shared Account Gas | 7100-000 | 6,244.59 | N/A | N/A | 0.00 |
| NOTFILED | Pro-Western Plastics Ltd. | 7100-000 | 15,524.68 | N/A | N/A | 0.00 |
| NOTFILED | Landsberg Co. | 7100-000 | 53,970.14 | N/A | N/A | 0.00 |
| NOTFILED | Allied Insurance | 7100-000 | 3,497.26 | N/A | N/A | 0.00 |
| NOTFILED | Diamond Sharp, Inc. | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Deibel Laboratories | 7100-000 | 343.25 | N/A | N/A | 0.00 |
| NOTFILED | Charlie's Machine & Supply, Inc. | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| NOTFILED | Casewell, Bell &Hillison | 7100-000 | 17,096.14 | N/A | N/A | 0.00 |
| NOTFILED | ChemStation | 7100-000 | 7,926.21 | N/A | N/A | 0.00 |
| NOTFILED | Chi Fung Plastics Inc. | 7100-000 | 561.60 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Harvest Inc. | 7100-000 | 13,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Cryospec, Inc. | 7100-000 | 194.70 | N/A | N/A | 0.00 |
| NOTFILED | California Water Service Company | 7100-000 | 5,014.72 | N/A | N/A | 0.00 |
| NOTFILED | Bearing Engineering Industrial Power Solutions | 7100-000 | 162.88 | N/A | N/A | 0.00 |
| NOTFILED | Bay Alarm | 7100-000 | 233.43 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Uniform Services | 7100-000 | 1,087.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $933,558.99 | $3,108,387.58 | $3,087,102.30 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-30897-HLB  
**Case Name:** UNITED PROSPERITY GROUP, INC.  

**Period Ending:** 03/19/18

**Trustee:** (001220) Andrea Wirum Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/01/16 (c)  
**§341(a) Meeting Date:** 10/11/16  
**Claims Bar Date:** 01/09/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Turnover of funds (u)<br>  net cash from sale | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| 2 | Cash<br>  Sold in the Chapter 11 order doc #246 | 2,278.24 | 0.00 | | 0.00 | FA |
| 3 | Cash on deposit<br>  Sold in the Chapter 11 order doc #246 | 347,000.00 | 0.00 | | 0.00 | FA |
| 4 | security deposits<br>  Sold in the Chapter 11 order doc #246 | 74,660.00 | 0.00 | | 0.00 | FA |
| 5 | insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6 | receivables<br>  Sold in the Chapter 11 order doc #246 | 1,167,961.00 | 0.00 | | 0.00 | FA |
| 7 | confidential custome information<br>  Sold in the Chapter 11 order doc #246 | Unknown | Unknown | | 0.00 | FA |
| 8 | Automobiles<br>  Sold in the Chapter 11 order doc #246 | Unknown | Unknown | | 0.00 | FA |
| 9 | Office Equip<br>  Sold in the Chapter 11 order doc #246 | 18,232.85 | 0.00 | | 0.00 | FA |
| 10 | Machinery<br>  Sold in the Chapter 11 order doc #246 | 359,347.12 | 0.00 | | 0.00 | FA |
| 11 | Inventory<br>  Sold in the Chapter 11 order doc #246 | 97,214.28 | 0.00 | | 0.00 | FA |
| 12 | Packing material<br>  Sold in the Chapter 11 order doc #246 | 81,910.43 | 0.00 | | 0.00 | FA |
| 13 | Funds held by sheriff's department<br>  See Docket 86. Turned over to debtor and was used in the Chapter 11 operations | 268,000.00 | 0.00 | | 0.00 | FA |
| 14 | Potential multiple claims ag Yee and others (u)<br>  See docket 332 | Unknown | 50,000.00 | | 60,000.00 | FA |
| 15 | Potential claim ag Right by Communicating (u)<br>  Included in settlement with Yee docket 332 | 75,000.00 | 75,000.00 | | 0.00 | FA |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$2,691,603.92** | **$325,000.00** | | **$260,000.00** | **$0.00** |

Case: 15-30897  Doc# 346  Filed: 04/06/18  Entered: 04/06/18 08:59:53  Page 8 of 11

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 15-30897-HLB | | **Trustee:** | (001220) | Andrea Wirum Chapter 7 Trustee |
|---|---|---|---|---|---|
| **Case Name:** | UNITED PROSPERITY GROUP, INC. | | **Filed (f) or Converted (c):** | 09/01/16 (c) | |
| | | | **§341(a) Meeting Date:** | 10/11/16 | |
| **Period Ending:** 03/19/18 | | | **Claims Bar Date:** | 01/09/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

9/14/17  $60k settlement check is due but may be a day or two late since I requested a check instead of a wire.

4/10/17  have obtained 2004 examination order of representative of purchaser in order to obtain more information re potential causes of action

12/21/16  Counsel and I are investigating potential claims against insiders Soo Ming Yee and Right by Communicating.

| **Initial Projected Date Of Final Report (TFR):** | December 31, 2018 | **Current Projected Date Of Final Report (TFR):** | November 9, 2017  (Actual) |
|---|---|---|---|

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-30897-HLB  
**Case Name:** UNITED PROSPERITY GROUP, INC.

**Trustee:** Andrea Wirum Chapter 7 Trustee (001220)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account

**Taxpayer ID #:** **-***5320  
**Period Ending:** 03/19/18

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/16 | {1} | Levene Neale Bender Yoo & Brill | turnover of funds | 1290-010 | 200,000.00 | | 200,000.00 |
| 12/22/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2016 FOR CASE #15-30897, Bond #016048574 | 2300-000 | | 75.12 | 199,924.88 |
| 01/09/17 | 102 | Franchise Tax Board | Annual Minimum Tax Liability see Doc. 305 | 2990-000 | | 800.00 | 199,124.88 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 295.95 | 198,828.93 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 266.91 | 198,562.02 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.16 | 198,247.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.15 | 197,962.71 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.24 | 197,687.47 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.80 | 197,374.67 |
| 09/15/17 | {14} | Levene Neale Bender Yoo and Brill | Settlement with Soo Ming Yee and other defendants | 1249-000 | 60,000.00 | | 257,374.67 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.07 | 257,068.60 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 394.40 | 256,674.20 |
| 01/30/18 | 103 | OFFICE OF THE U.S. TRUSTEE | Dividend paid 100.00% on $10,726.07, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 10,726.07 | 245,948.13 |
| 01/30/18 | 104 | Andrea Wirum | Dividend paid 100.00% on $16,250.00, Trustee Compensation; Reference: | 2100-000 | | 16,250.00 | 229,698.13 |
| 01/30/18 | 105 | Andrea Wirum | Dividend paid 100.00% on $49.80, Trustee Expenses; Reference: | 2200-000 | | 49.80 | 229,648.33 |
| 01/30/18 | 106 | DUANE MORRIS | Dividend paid 100.00% on $102,225.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 102,225.00 | 127,423.33 |
| 01/30/18 | 107 | DUANE MORRIS | Dividend paid 100.00% on $2,356.47, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2,356.47 | 125,066.86 |
| 01/30/18 | 108 | Bacheki, Crom & Co., CPA'S | Dividend paid 100.00% on $17,311.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 17,311.50 | 107,755.36 |
| 01/30/18 | 109 | Bacheki, Crom & Co., CPA'S | Dividend paid 100.00% on $132.82, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 132.82 | 107,622.54 |
| 01/30/18 | 110 | American Business Appraisers LLP | Dividend paid 16.74% on $10,785.00, Consultant Fees (Chapter 11); Reference: | 6700-340 | | 1,806.47 | 105,816.07 |
| 01/30/18 | 111 | American Business Appraisers | Dividend paid 16.74% on $480.00, Consultant Expenses (Chapter 11); Reference: | 6710-350 | | 80.40 | 105,735.67 |
| 01/30/18 | 112 | Meyers Law Group | Dividend paid 16.74% on $176,447.25, | 6700-120 | | 29,554.71 | 76,180.96 |

Subtotals: $260,000.00 $183,819.04

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-30897-HLB | **Trustee:** Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** UNITED PROSPERITY GROUP, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2366 - Checking Account |
| **Taxpayer ID #:** **-***5320 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/19/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney for Creditor Fees (Chapter 11); Reference: | | | | |
| 01/30/18 | 113 | Meyers Law Group | Dividend paid 16.74% on $7,494.06, Attorney for Creditor's Committee Expenses (Chapter 11); Reference: | 6710-150 | | 1,255.25 | 74,925.71 |
| 01/30/18 | 114 | Glass Ratner Adviosry & Capital Group | Dividend paid 16.74% on $128,203.06, Financial Consultant Fees (Chapter 11); Reference: | 6700-420 | | 21,473.86 | 53,451.85 |
| 01/30/18 | 115 | Glass Ratner Advisory & Capital Group | Dividend paid 16.74% on $1,673.49, Financial Consultant Expenses (Chapter 11); Reference: | 6710-430 | | 280.31 | 53,171.54 |
| 01/30/18 | 116 | Levene Neale Bender Yoo & Brill LLP | Dividend paid 16.74% on $263,290.00, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 44,100.77 | 9,070.77 |
| 01/30/18 | 117 | Levene Neale Bender Yoo & Brill LLP | Dividend paid 16.74% on $36,654.20, Attorney for D-I-P Expenses (Chapter 11); Reference: | 6220-170 | | 6,139.54 | 2,931.23 |
| 01/30/18 | 118 | Brian Weiss | Dividend paid 16.74% on $17,500.00, Other Professional Fees (Prior Chapter); Reference: | 6700-000 | | 2,931.23 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 260,000.00 | 260,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 260,000.00 | 260,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$260,000.00** | **$260,000.00** | |

| | |
|---|---|
| Net Receipts : | 260,000.00 |
| Net Estate : | $260,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2366 | 260,000.00 | 260,000.00 | 0.00 |
| | $260,000.00 | $260,000.00 | $0.00 |

{} Asset reference(s)